# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 99-30717
Conference Calendar

D.C. Docket No. 98-CV-1863

U.S. COURT OF APPEALS
**FILED**
JUN 1 6 2000
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG -  2000
LORETTA G. WHYTE
CLERK

RUSSELL M FRAISE

    Plaintiff - Appellant

v.

MICHAEL KELLY, Executive Director of Housing Authority of New Orleans (HANO); RONALD MASON, Executive Monitor of the Housing Authority of New Orleans (HANO); ANDREW CUOMO, Secretary of HUD

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before JOLLY, DAVIS, and DUHE', Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: AUG - 2000

Fifth Circuit
New Orleans, Louisiana

Fee ___
Process ___
X  Dktd ___
CtRmDep ___
Doc.No. ___